**ATTACHMENT TO SUMMONS**
B.R. and K.R., v. Meta Platforms, Inc., et al.

Meta Platforms, Inc., f.k.a. Facebook, Inc.
Instagram, LLC
Facebook Operations, LLC
Snap Inc.
c/o Corporate Services Company
2710 Gateway Oaks Dr., Suite #150N
Sacramento CA 95833

Facebook Payments, Inc.
1601 Willow Road
Menlo Park, CA 94025

Siculus, Inc.
c/o Corporate Services Company
505 5th Ave Ste 729
Des Moines, IA 50309